### J. S., alias Ester, PATE v. STATE.
#### 7 Div. 148.

Supreme Court of Alabama.
Oct. 13, 1932.

Rehearing Denied Jan. 27, 1933.

J. J. Cockrell and Obe Riddle, both of Talladega, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

**PER CURIAM.**

Petition of J. S., alias Ester, Pate for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Pate v. State, 145 So. 500.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.